

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-09-00094-CV

_____


LONDON BROADCASTING COMPANY, INC., Appellant

V.

JEFFREY STOTTS, Appellee


On Appeal from the 196th Judicial District Court
Hunt County, Texas
Trial Court No. 73,136


Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

London Broadcasting Company, Inc., is one of two appellants in this appeal. A mediation was conducted November 30, 2009. As a result of that mediation, all claims and disputes between co-appellant London Broadcasting Company, Inc., and appellee, Jeffrey Stotts, were resolved. We have now received a motion to dismiss the appeal of London Broadcasting Company only.

We have ordered London Broadcasting's appeal severed from John A. Hoskins' appeal against Stotts. Severance allows us to remand the severed case to the trial court for entry of orders effectuating the settlement agreement between London Broadcasting and Stotts.

We grant London Broadcasting's motion. Pursuant to Rule 42.1 of the Texas Rules of Appellate Procedure, we set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement of the parties. Tex. R. App. P. 42.1(a)(2)(B).

Jack Carter
Justice

Date Submitted:     December 21, 2009
Date Decided:       December 22, 2009

2